# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| THE WONDERFUL COMPANY LLC, a Delaware limited liability company; and CAL PURE PRODUCE INC., a California Nonprofit Cooperative Association,<br><br>Plaintiffs,<br><br>vs.<br><br>KEENAN FARMS, INC., a California corporation,<br><br>Defendant. | Case No. 1:20-cv-01305-AWI-EPG<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND ORDER RE SAME** |

The Wonderful Company LLC and Cal Pure Produce, Inc. ("Plaintiffs") and Defendant Keenan Farms, Inc. ("Defendant") and, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs served their Complaint for Trademark Infringement ("Complaint") on September 15, 2020;

WHEREAS, Defendant currently has until October 6, 2020 to answer or respond to Plaintiffs' Complaint;

WHEREAS, Defendant has requested and Plaintiffs have consented to an additional two weeks for Defendant's answer or response to Plaintiffs' Complaint;

WHEREAS, the Parties believe an additional two weeks for Defendant's answer or response to Plaintiffs' Complaint will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, this is the first extension of Defendant's deadline to respond to the Complaint by the Parties.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendant shall answer or otherwise respond to Plaintiffs' Complaint by October 20, 2020.

IT IS SO STIPULATED.

DATED: October 1, 2020                ROLL LAW GROUP PC

By:      /s/ Michael M. Vasseghi
Michael M. Vasseghi
Attorneys for Plaintiffs The Wonderful Company LLC, and Cal Pure Produce Inc.

DATED: October 1, 2020                KAHN, SOARES & CONWAY, LLP

By:      /s/ Jan L. Kahn
Jan L. Kahn
Attorneys for Defendant Keenan Farms, Inc.

**ORDER**

Pursuant to the parties' stipulation (ECF No. 8), IT IS HEREBY ORDERED that Defendant shall answer or otherwise respond to Plaintiff's complaint on or before Tuesday, October 20, 2020.

IT IS SO ORDERED.

Dated:   **October 2, 2020**                        /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE